# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

**PEGGY LEE MORSE,**,

**Plaintiff,**

**v.**

**MICHAEL J. ASTRUE,**
**COMMISSIONER OF**
**SOCIAL SECURITY,**

**Defendant.**  No. 11-CV-0728-DRH

## MEMORANDUM AND ORDER

**HERNDON, Chief Judge:**

On August 24, 2011, Peggy Lee Morse filed a complaint against the Commissioner of Social Security, for judicial review of an administrative agency's decision (Doc. 2). Specifically, Morse seeks judicial review of the Commissioner's decision regarding claims for security disability insurance benefits which adversely affects her.

On April 20, 2012, pursuant to 28 U.S.C. § 636(b)(1)(B), United States Magistrate Judge Clifford J. Proud submitted a Report and Recommendation ("the Report") recommending that the Court affirm the Commissioner's final decision finding that there is substantial evidence in the record as a whole and that no errors of law were made (Doc. 21).

The Report was sent to the parties with a notice informing them of their right

to appeal by way of filing "objections" by May 7, 2011. To date, none of the parties have filed objections, and the period in which to file objections has expired. Therefore, pursuant to 28 U.S.C. § 636(b), this Court need not conduct *de novo* review. *Thomas v. Arn*, 474 U.S. 140, 149-52 (1985).

Thus, the Court **ADOPTS** the Report in its entirety (Doc. 21). The Court **AFFIRMS** the Commissioner's decision to deny Morse disability benefits. The Court **DIRECTS** the Clerk of the Court to enter judgment in favor defendant and against plaintiff.

**IT IS SO ORDERED.**

Signed this 8th day of May, 2012.

David R. Herndon
2012.05.08
16:36:24 -05'00'

**Chief Judge**
**United States District Court**