IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

PEGGY LEE MORSE,,

Plaintiff,

v.

MICHAEL J. ASTRUE,
COMMISSIONER OF
SOCIAL SECURITY,

Defendant.                                                         No. 11-CV-0728-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court on Report and Recommendation of United States Magistrate Judge Clifford J. Proud.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on May 8, 2012, the Court **AFFIRMS** the final decision of the Commissioner of Social Security and judgment is entered in favor of defendant, **MICHAEL J. ASTRUE, Commissioner of Social Security,** and against the plaintiff, **PEGGY LEE MORSE.**--------------------------------------------------------------------------------

NANCY J. ROSENSTENGEL,
CLERK OF COURT


BY:      *s/Sandy Pannier*
              **Deputy Clerk**

Dated:  May 8, 2012

David R. Herndon
2012.05.08
16:39:28 -05'00'

APPROVED:
          CHIEF JUDGE
          U. S. DISTRICT COURT